| United States District Court | Southern District of Texas |
|---|---|

Michael Sheah, § 
§ 
　　　　Plaintiff, § 
§ 
versus § 　　Civil Action H-13-687
§ 
Accredo Packaging, Inc., § 
§ 
　　　　Defendant. § 

## Order

By August 6, 2013, J. Derek Braziel may supplement in writing his motion for reasonable attorneys' fees.

Signed on July 30, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge